UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATHAN GIGGER, personal representative of the Estate of Helen Gigger, deceased | ) ) ) ) | |
| Plaintiff | ) ) | |
| -vs.- | ) ) ) | CIV-17-23-SLP |
| THE CITY OF OKLAHOMA CITY | ) ) | |
| Defendant | ) | |

### JOINT MOTION FOR JOURNAL ENTRY OF JUDGMENT

COMES NOW the Plaintiff, Nathan Gigger, Personal Representative of the Estate of Helen Gigger, and Defendant, The City of Oklahoma City, and move the Court to enter a Journal Entry of Judgment in this matter. It support of this Motion, the parties state as follows:

1. On June 12, 2018, the parties reached an agreement to dispose of all causes of action against the sole Defendant, The City of Oklahoma City.

2. The agreement includes a confession of judgment without admission of liability on the part of The City of Oklahoma City.

3. On June 19, 2018, the City Council of The City of Oklahoma City approved the terms of the settlement agreement between Plaintiff and Defendant City of Oklahoma City as evidenced by the Resolution attached hereto Exhibit 1.

WHEREFORE, premises considered, Plaintiff, Nathan Gigger, as Personal

Representative of Estate of Helen Gigger, and Defendant, The City of Oklahoma City, pray that the Court enter judgment in favor of the Plaintiff as stipulated in the proposed Journal Entry of Judgment submitted for the Court's consideration this same date.

Dated this 21st day of August, 2018.

  /s/ Melvin C. Hall*
*By filing attorney, with permission*
Melvin C. Hall, OBA# 3728
RIGGS, ABNEY, NEAL, TURPEN,
    ORBISON & NEAL
528 N.W. 12th Street
Oklahoma City, Oklahoma 73103
(405) 843-9909
Fax: (405) 842-2913
Email: mhall@riggsabney.com
*Attorney for Plaintiff*


  /s/ Margaret McMorrow-Love
Margaret McMorrow-Love, OBA #5538
LOVE LAW FIRM
228 Robert S. Kerr Ave., Suite 540
Oklahoma City, Oklahoma 73102
(405) 235-3848
Fax: (405) 235-3863
Email: mml@lovelawfirm.legal
*Attorney for Defendant*