IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HELEN C. GIGGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No. CIV-17-23-SLP |
| | ) |
| THE CITY OF OKLAHOMA CITY, | ) |
| a municipal corporation, | ) |
| | ) |
|     Defendant. | ) |

## JOURNAL ENTRY OF JUDGMENT

    The Court finds that the City Council of The City of Oklahoma City has approved the recommendation of the Municipal Counselor to confess judgment without admission of liability and to enter into a compromise settlement in this case in the amount of One Hundred Thirty-five Thousand dollars and 00/100 ($135,000.00) as evidenced by the certified copy of the attached Resolution (Exhibit 1). This sum includes all claims related to this case, including but not limited to, prejudgment interest, costs and attorney fees. This is a compromise settlement of disputed claims and is in no way an admission of liability.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that pursuant to a compromise settlement of a disputed claim, and without admitting liability, the Plaintiff is granted judgment against Defendant, The City of Oklahoma City, in the sum of One Hundred Thirty-five Thousand dollars and 00/100 ($135,000.00), with interest from the date of filing of this judgment at the rate of 2.45% per annum. Said sum shall be paid into

the Estate of Helen Gigger in accordance with 62 O.S. §§365.5 and 365.6 and 51 O.S. §§158 and 159.

IT IS SO ORDERED this 21st day of August, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Melvin C. Hall
Melvin C. Hall, OBA #3728
RIGGS, ABNEY, NEAL, TURPEN
    ORBISON & NEAL
528 N.W. 12th Street
Oklahoma City, Oklahoma 73103
405-843-9909
*Attorney for Plaintiff*


/s/ Margaret McMorow-Love
Margaret McMorrow-Love, OBA #5538
THE LOVE LAW FIRM
228 Robert S. Kerr, Suite 540
Oklahoma City, Oklahoma 73102
405-235-3848
*Attorney for Defendant*